# Ex Parte Valdés.

## Apelación procedente de la Corte de Distrito de Humacao.

No. 1. Resuelto en Junio 8, 1905.

ABOGADOS.—CORRECCIÓN DISCIPLINARIA.—Los abogados pueden ser corregidos dis- ciplinariamente cuando en el ejercicio de su profesión faltaren al respeto debido á los Jueces y Tribunales, á cuya apreciación queda la gravedad de la falta que se hubiese cometido, para determinar el correctivo que deba imponerse, de acuerdo con el art. 448 de la Ley de Enjuiciamiento Civil.

### EXPOSICIÓN DEL CASO.

En los autos seguidos en el extinguido Tribunal de

Distrito de Humacao por D. Cayetano Artemio, Da. María y Da. Julia del Carmen Aponte y Maimí, sobre declaratoria de herederos ab-intestato de Da. Cándida Maimí, é incidente promovido por el abogado Don Ulpiano Valdés Cajas sobre audiencia en justicia contra la corrección disciplinaria que le impusiera el expresado Tribunal de Distrito y cuyos autos penden ante Nos á virtud de la apelación establecida por el referido Letrado contra la sentencia dictada por dicho Tribunal de Distrito en nueve de Octubre de mil novecientos tres, la que copiada á la letra dice así:

"*Sentencia.*—En la Ciudad de Humacao á los nueve días del mes de Octubre de mil novecientos tres, visto este incidente promovido por el Lcdo. Don Ulpiano Valdésé Cajas solicitando que se le oiga en justicia y se deje sin efecto la corrección que se le impuso en auto de veinte y dos de Agosto último.—*Primer Resultando*: que en catorce de Julio último el Letrado Don Ulpiano Valdés y Cajas promovió expediente de declaratoria de herederos de Don Sebastian Aponte Rotger á nombre de Don Cayetano Artemio, Doña María y Doña Julia del Cármen Aponte y Maimí.—*Segundo Resultando*: que en diez siete de Agosto último se dictó auto declarando no haber lugar á la declaración de herederos solicitada.—*Tercero Resultando*: que en veinte y uno del mismo mes presentó el dicho Letrado Sr. Valdés escrito de reposición alegando las infracciones de ley que se habían cometido en el expresado auto y consignó además en el mismo las siguientes manifestaciones "El Código Civil que vió la luz el año 1890, vigente á la época del fallecimiento de la Sra. Maimí, que tuvo lugar en 1882. ¡Que cosa tan rara eso de regir ocho años antes de su promulgación!" Confieso ingenuamente y en ello no tengo inconveniente, que no sabía tal cosa, ni que tampoco se me enseñó en las aulas de la Universidad de Madrid donde el año 1893 cursé la asignatura de derecho civil, con el insigne Catedrático gloria del Claustro Español de enseñanza Don Augusto Comas. He tenido que venir á Humacao para aprender lo que ignoraba como estudiante primero y después en el ejercicio de mi profesión." En guerra avisada no muere gente, dice el adagio; por eso yo no he perecido en la que contra mí se ha declaradó." Sabía el Letrado que suscribe, que aunque el expediente fué promovido con arreglo á ley, aunque el Ministerio Fiscal, representado en este Tribunal y Distrito por una persona inte-

ligente y de criterio sano, recto y justo emitió en el informe en el sentido de que no se oponía á su aprobación, sabía, repito, que el Tribunal habría de resolverlo en sentido contrario á lo solicitado aunque para ello tuviese que apelar á una causa tan infundada, como equivocada al suponer el Código de 1890 rigiendo en 1882'' y no se extraña al Letrado del no ha lugar declarado por el Tribunal, es más, lo esperaba. ¿Será por ventura porque en su calidad de Abogado honrado y dando pruebas de independencia de carácter y de incapaz de adulación y dobléz, demandó ha algunos días á ese mismo Tribunal, que hoy dicta resolución tan fuera de lugar?—*Cuarto Resultando*: que por auto de veinte y dos del mismo mes en vista de las razones de derecho alegadas en el dicho escrito se repuso el auto recurrido y se declaró herederos á los interesados, imponiéndose además al Letrado Sr. Valdés un mes de suspensión del ejercicio de la profesión de Abogado, como corrección disciplinaria por sus alegaciones y manifestaciones irrespetuosas ofensivas y denigrantes para el Tribunal proveyente.—*Quinto Resultando*: que á petición del abogado corregido se le oyó en justicia dando intervención en las actuaciones al Ministerio Fiscal.—*Sexto Resultando*: que en el acto de la vista el Letrado Sr. Valdés compareció en persona y no expuso razones convincentes, ni excusas de su conducta ni expresó su voluntad de retirar las frases, conceptos ó párrafos que pudieran haberse interpretado como ofensivo ó irrespetuosos por el Tribunal.—*Septimo Resultando*: que citadas las partes para la votación de esta sentencia tuvo lugar en el día y hora señalada.—*Octavo Resultando*: que en la tramitación de este incidente se han observado las prescripciones legales *siendo* Ponente el Sr. Juez Asociado Mr. Charles E. Foote.—*Primero Considerando*: que los abogados deben ser corregidos disciplinariamente cuando faltan por escrito al respeto debido á los Tribunales y que podrá imponérseles cualesquiera de las correcciones comprendidas dentro de los seis casos del art. 448 de la Ley de Enjuiciamiento Civil siendo de la apreciación de la Sala la gravedad de la falta para la imposición del correctivo así como que el Letrado Sr. Valdés fué corregido por este Tribunal anteriormente con multa.—*Segundo Considerando*: que en la resolución de este incidente podrá el Tribunal variar ó confirmar la corrección según proceda.— *Vistos* los artículos 442, 448, 451, 452, 453 y 454 de la Ley de Enjuiciamiento Civil.—*Fallamos* que debemos condenar y condenamos al Licenciado Don Ulpiano Valdés Cajas á un mes de suspensión del ejercicio de la profesión de Abogado, confirmando así la corrección disciplinaria que le fué impuesta en el auto de veinte y dos de Agosto

del corriente año que dió origen á la tramitación de esta cuestión incidental. Comuníquese al Decano del Colegio de Abogados á que pertenezca el corregido y en su caso anótese en el Registro del Tribunal.—Así por esta nuestra sentencia definitivamente juzgando lo pronunciamos, mandamos y firmamos.—Salvador Fulladosa.—Ramón Quiñones.—Charles E. Foote.''

*Resultando* que contra esta sentencia interpuso apelación el Abogado Don Ulpiano Valdés Cajas, que le fué admitida libremente y en ambos efectos y que elevados los autos á esta Superioridad con citación y emplazamiento de las partes y personada la apelante, se dió al recurso la tramitación correspondiente y se señaló día para la vista que se celebró sin la asistencia del apelante ni de ningún otro abogado para hablar en su nombre.

Abogado del apelante: *Sr. López Landrón.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

Aceptando los fundamentos de hecho y de derecho de la sentencia apelada.

*Fallamos* que debemos confirmar y confirmamos dicha sentencia con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Mac Leary y Wolf.